■ PINO ALTO PARTNERS, Individually and on Behalf of All Others Similarly Situated, Respondent, v ERIE COUNTY WATER AUTHORITY, Appellant. [907 NYS2d 913]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered August 18, 2009. The order provided for class notification pursuant to CPLR 904.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs for reasons stated at Supreme Court. Present—Martoche, J.P., Centra, Carni, Lindley and Green, JJ.